Argued and submitted March 17, 1993, resubmitted In Banc March 9, affirmed by an equally divided court April 20, petition for review allowed July 5, 1994 (319 Or 281)

In the Matter of the Compensation of
Thomas L. Fitzpatrick, Claimant.

Thomas L. FITZPATRICK,
*Petitioner,*

*v.*

BEAVERTON WELDING
and EBI Companies,
*Respondents.*

(90-18827; CA A74892)

872 P2d 998

John Mayfield argued the cause and filed the brief for petitioner.

Howard R. Nielsen argued the cause for respondents. With him on the brief was Beers, Zimmerman, Rice and Nielsen.

Affirmed by an equally divided court.